## UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

### No. 16-1758

STARSHA SEWELL,

    Plaintiff – Appellant,

  v.

JOHN HOWARD, SR.,

    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. J. Frederick Motz, Senior District Judge. (8:12-cv-02736-JFM)

Submitted: November 14, 2016   Decided: November 28, 2016

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Starsha Sewell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's orders returning documents to Sewell on the ground that the case is closed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sewell v. Howard, No. 8:12-cv-02736-JFM (D. Md. June 14 & 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2